# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

TIMOTHY SCOTT CARAMILLO,
ADMINISTRATOR OF THE ESTATE OF
REGINA MARIE HONEYCUTT, Deceased,

        Plaintiff,

v.                                                  Civil Action No. 2:19-cv-00362

CORRECT CARE SOLUTIONS, LLC, now
conducting business as WELLPATH LLC, *et al.*,

        Defendants.

## **PETITION FOR APPROVAL OF WRONGFUL-DEATH SETTLEMENT**

COMES NOW, the Plaintiff, Timothy Scott Caramillo, Administrator of the Estate of Regina Marie Honeycutt, Deceased (hereinafter referred to as "Plaintiff"), by counsel, and pursuant to Virginia Code § 8.01-55, moves for this Court's approval of the compromise settlement negotiated by the parties. In support thereof, Plaintiff states as follows:

1.     That on the morning of October 7, 2018, Regina Marie Honeycutt ("Honeycutt"), a 32-year-old woman, was pronounced dead at Maryview Hospital while in the custody of Hampton Roads Regional Jail Authority. She had been transferred to the hospital unresponsive the previous night, October 6, 2018. In September and October 2018 prior to her death, Ms. Honeycutt had been held at the Norfolk City Jail and the Hampton Roads Regional Jail.

2.     That on December 11, 2018, Plaintiff Timothy Scott Caramillo, the father of the Decedent, Regina Marie Honeycutt, duly qualified as Administrator of the Estate of Regina Marie Honeycutt in the Norfolk Circuit Court, under the provisions of Virginia Code § 64.2-454.

3.     That on July 14, 2019, Plaintiff filed a lawsuit in the U.S. District Court for the Eastern District of Virginia asserting claims pursuant to 42 U.S.C. § 1983, as well as claims

pursuant to Virginia's wrongful-death and survival claims statutes. (*Timothy Scott Caramillo, Administrator of the Estate of Regina Marie Honeycutt, Deceased v. Correct Care Solutions, LLC et al.*, Case: 2:19-cv-00362).

4. That Defendants denied any liability in the matter.

5. That the Decedent, Regina Marie Honeycutt, is survived by the following:

> **Timothy Scott Caramillo**
> Relationship to Regina Marie Honeycutt:  Father and Administrator of the Estate
> Year of Birth: 1964
> Current address: 1562 Chela Avenue, Unit 3, Norfolk, VA 23503
>
> **Timothy Scott Honeycutt**
> Relationship to Regina Marie Honeycutt:  Brother
> Year of Birth: 1982
> Current address: 406 S. King Street, Winnfield, LA 71482
>
> **Athena Waite**
> Relationship to Regina Marie Honeycutt:  Half-sister
> Year of Birth: 1989
> Current address: 8201 Wedgewood Drive, Norfolk, VA 23518

6. That per Virginia Code § 8.01-53 (1950, as amended), which designates applicable classes of beneficiaries, the foregoing are Honeycutt's statutory beneficiaries (the "Statutory Beneficiaries").

7. That, without admitting any liability, Defendants have collectively agreed to pay and Plaintiff has agreed to accept, contingent upon Court approval, cash in the amount of Nine Hundred Thousand Dollars ($900,000.00) in full settlement and discharge of all of Plaintiff's claims in this matter against Defendants, and their deputies, employees and agents.  Payments are more specifically delineated as follows:

    a. Defendant Correct Care Solutions, LLC ("CCS") has agreed to pay, and Plaintiff has agreed to accept, contingent upon Court approval, cash in the amount of Six

Hundred Fifty Thousand Dollars ($650,000.00) in full settlement and discharge of all of Plaintiff's claims in this matter against the foregoing Defendant and its employees and agents.

      b.    Defendants Hampton Roads Regional Jail Authority ("HRRJA") and David A. Hackworth have agreed to pay, and Plaintiff has agreed to accept, contingent upon Court approval, cash in the amount of One Hundred Twenty-Five Thousand Dollars ($125,000.00) in full settlement and discharge of all of Plaintiff's claims in this matter against the foregoing Defendants and their deputies, employees and agents.

      c.    Defendants Sheriff Joseph P. Baron, Deputy Isureal, Deputy Caniff, and Deputy Dudley have agreed to pay, and Plaintiff has agreed to accept, contingent upon Court approval, cash in the amount of One Hundred Twenty-Five Thousand Dollars ($125,000.00) in full settlement and discharge of all of Plaintiff's claims in this matter against the foregoing Defendants and their deputies, employees and agents.

8.    That the Plaintiff and Defendants agree that said compromise is fair and reasonable to all parties.

9.    That Plaintiff represents that funeral and burial expenses have been paid for by the following parties who are entitled to reimbursement in the following amounts: Arriaza Utility Inc. in the amount of $1,295.00, and Athena Waite in the amount of $2,500.00.

10.    That the parties represent that there are no liens in this matter.

11.    That Plaintiff represents that he has been represented by The Krudys Law Firm, PLC and that all attorneys' fees and costs and expenses incurred in the matter will be paid from the compromise settlement. Plaintiff's counsels' total fee is $300,000.00 (one-third of the gross recovery). Costs advanced by Plaintiff's attorneys or otherwise incurred for representation of Plaintiff total $127,772.49. The principal cost has been in the amount of expert fees, which total

$97,396.00. The Krudys Law Firm, PLC will satisfy all of those amounts and seeks reimbursement in the foregoing amount. Additional costs incurred by Plaintiff's counsel total $30,376.49.

12. The Statutory Beneficiaries (all adults) have determined that the remaining amount – $468,432.51– will be equally divided as follows:

| | |
|---|---|
| Timothy Scott Caramillo | $ 156,144.17 |
| Timothy Scott Honeycutt | $ 156,144.17 |
| Athena Waite | $ 156,144.17 |

A "Disbursements Sheet" detailing the various disbursements mentioned above is attached as **Exhibit 1**. A proposed Order is attached as **Exhibit 2**.

13. Timothy Scott Honeycutt requests that his portion be paid into a trust established for his benefit. If that trust is not established at the time of the settlement approval hearing, he requests that his portion be maintained in trust for him by Plaintiff's counsel until it is so established.

14. All sums set forth in the Disbursements Sheet constitute damages on account of personal physical injuries and physical sickness, within the meaning of Section 104 (a)(2) of the Internal Revenue Code of 1986, as amended. The entire payment is compensatory in nature to compensate each beneficiary for the loss of their daughter or sibling; there being no finding warranting punitive damages, and none of these funds are in any way deemed to relate to any punitive claims that were brought or could have been brought against any defendant.

15. That upon making the payments referenced in paragraph 7 above, all Defendants will be released from any and all liability and claims arising from the injuries to and the death of Honeycutt and that this matter will be dismissed with prejudice as to all defendants.

WHEREFORE, Plaintiff, by counsel, respectfully moves that the aforementioned compromise and settlement be approved by this Court, and for such other relief as may be deemed proper.

TIMOTHY SCOTT CARAMILLO, ADMINISTRATOR OF THE ESTATE OF REGINA MARIE HONEYCUTT, Deceased

By: \_\_\_\_/s/ Mark J. Krudys_____
            Counsel

Mark J. Krudys (VSB# 30718)
Daniel Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

# Certificate of Service

I hereby certify that on this 19th day of March 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to the following:

William W. Tunner, Esq.
Michael G. Matheson, Esq.
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
wtunner@t-mlaw.com
mmatheson@t-mlaw.com
*Counsel for Defendants Sheriff Joseph P. Baron, Deputy Isureal, Deputy Caniff, and Deputy Dudley*

Jeff Wayne Rosen, Esq.
Pender & Coward PC
222 Central Park Ave., Suite 400
Virginia Beach, VA 23462-3027
Email: jrosen@pendercoward.com
*Counsel for Defendants Hampton Roads Regional Jail Authority and David A. Hackworth*

Edward Joseph McNelis, III, Esq.
Paul Bryan Hlad, Esq.
Sands Anderson PC (Richmond)
1111 East Main St., Suite 2400
Richmond, VA 23218-1998
Email: emcnelis@sandsanderson.com
Email: phlad@sandsanderson.com
*Counsel for Defendant Correct Care Solutions, LLC, now d/b/a Wellpath, LLC*

    /s/ Mark J. Krudys
Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
SunTrust Center
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
*Counsel for Plaintiff*